NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 16 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM A. GRAVEN, named as Will Graven, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> STATE OF ARIZONA, <br><br> Defendant-Appellee. | No. 20-15110 <br><br> D.C. No. 2:19-cv-04586-SPL <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Steven Paul Logan, District Judge, Presiding

Submitted December 2, 2020[**]

Before:     WALLACE, CLIFTON, and BRESS, Circuit Judges.

William A. Graven appeals pro se from the district court's judgment

dismissing his action alleging federal claims.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo a dismissal on the basis of Eleventh

Amendment immunity.  *Cholla Ready Mix, Inc. v. Civish*, 382 F.3d 969, 973 (9th

---

        [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

        [**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Cir. 2004).  We affirm.

The district court properly dismissed Graven's action against the State of Arizona as barred by the Eleventh Amendment.  *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100 (1984) (Eleventh Amendment immunity applies to states and their agencies or departments "regardless of the nature of the relief sought").

All pending motions are denied.

**AFFIRMED.**